UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Xu Qi Dong, De Xing Zheng, Qing Dong Lin, Chang Yong Jiang, Bi Zhui Chen, Zhao Qin Chen, Xue Yong Lin, et al, Plaintiff, -v- Mark Ng a.k.a Kwok Fai Ng, Leila Ng, Rothstein & Hoffman International, Inc., Rothstein & Hoffman Electric Services, et al, Defendant. | JUDGE KOELTL ECF CASE Case No. 08 CV 0917 **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Plaintiffs                                        (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

Date: 01/28/2008

Signature of Attorney

Attorney Bar Code: YM6052