AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

APPEARANCE

JUDGE KOELTL

Case Number: 08 CV 0917

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Xu Qi Dong, De Xing Zheng, Qing Dong Lin, Chang Yong Jiang, Bi Zhui Chen, Zhao Qin Chen, Xue Yong Lin, Ping Qiang Chen, and Guang Xiang Lin.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/28/2008 | _/s/ signature_ |
| Date | Signature |
| | Yat T. Man — YM6052 |
| | Print Name — Bar Number |
| | 11 East Broadway, Suite 9B |
| | Address |
| | New York    NY    10038 |
| | City    State    Zip Code |
| | (212) 374-9600    (212) 964-8344 |
| | Phone Number    Fax Number |