INDEX NO: 08 CIV 0917
FILED ON: January 28, 2008

UNITED STATES DISTRICT COURT
COUNTY OF NEW YORK
DISTRICT: SOUTHERN DISTRICT OF NEW YORK

Attorneys: YAT T. MAN   PH: 212-374-9600
Address:   11 EAST BROADWAY, 9TH FLR   NEW YORK NY 10038   File No.:

XU QI DONG, ET AL

vs                                                          Plaintiff(s)

MARK NG A/K/A KWOK FAI NG, ET AL

Defendant(s)

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

**AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE**

_____Steven Avery_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____March 11, 2008_____, at __11:05AM__, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed _____Summons and Complaint with Individual Practices of Judge John G. Koeltl_____
_____3rd Amended Instruction for Filing an Electronic Case or Appeal_____, on
_____B.H. PLUMBING AND HEATING CORP_____,

Defendant in this action, by delivering to and leaving with __DONNA CHRISTIE__, Authorized Agent, in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State the statutory fee, $40.00. Service was made pursuant to Section __306 Business Corporation Law__ .

☐ Service was completed by mailing notice of such service and one (1) true copy thereof by  ☐ Registered or
   ☐ 1st Class Mail and Certified Mail, #_____, Return Receipt Requested on _____
   to said defendant at: _____.

☐ Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __35__   Approx. weight: __140__   Approx. Ht.: __5'5"__
Sex: __FEMALE__  Color of skin: __WHITE__  Color of hair: __BLONDE__  Other: _____
Sworn to before me on __March 11, 2008__

WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464, Westchester County
Commission Expires Oct.15, 2010

Steven Avery
Server's Lic #
Invoice/Work Order # 08005802

SPS-401 B'WAY-STE.1201, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 WWW.SAV-ONPROCESS.COM