INDEX NO:  08 CIV 0917

UNITED STATES DISTRICT COURT                        FILED ON:  January 28, 2008
COUNTY OF NEW YORK                DISTRICT: SOUTHERN DISTRICT OF NEW YORK
Attorneys: YAT T. MAN    PH: 212-374-9600
Address:   11 EAST BROADWAY, 9TH FLR  NEW YORK  NY  10038    File No.: _____

*XU QI DONG, ET AL*

vs                                                             Plaintiff(s)

*MARK NG A/K/A KWOK FAI NG, ET AL*

                                                               Defendant(s)

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:          **AFFIDAVIT OF SERVICE**
                                                     **BY THE SECRETARY OF STATE**

_____ Steven  Avery _____, being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ March 12, 2008 _____, at __11:55am__, at the office

of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed

_____ Summons and Complaint with Individual Practices of Judge John G. Koeltl _____

_____ 3rd Amended Instruction for Filing an Electronic Case or Appeal _____, on

_____ B.H. FACILITY CONSTRUCTION CORP. _____

Defendant in this action, by delivering to and leaving with __DONNA CHRISTIE__, Authorized Agent, in the Office of

the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New

York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State

the statutory fee, $40.00. Service was made pursuant to Section __306 Business Corporation Law__ .

☐  Service was completed by mailing notice of such service and one (1) true copy thereof by      ☐ Registered or

   ☐ 1st Class Mail and Certified Mail, # _____, Return Receipt Requested on _____

   to said defendant at: _____.

☐  Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the

Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __35__      Approx. weight: __140__      Approx. Ht.: __5'5"__

Sex: FEMALE  Color of skin: __WHITE__  Color of hair: __BLONDE__  Other: _____

Sworn to before me on ____March 17, 2008____

_____          _____
WENDY RESNICK                             Steven  Avery
NOTARY PUBLIC, State of New York          Server's Lic #
No.01RE5067464, Westchester County
Commission Expires Oct.15, 2010           Invoice/Work Order #  08005803

SPS-401 B'WAY-STE.1201, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 WWW.SAV-ONPROCESS.COM