| | |
|---|---|
| INDEX # : | 08 CIV 0917 |
| Date Filed: | January 28, 2008 |
| Court Date: | |

**UNITED STATES DISTRICT COURT**
**COUNTY OF NEW YORK**

DISTRICT: SOUTHERN DISTRICT OF NEW YORK

Attorneys: YAT T. MAN   PH: 212-374-9600
Address:   11 EAST BROADWAY, 9TH FLR  NEW YORK  NY  10038   File No.:

XU QI DONG, ET AL

vs                                                                         Plaintiff(s)/Petitioner(s)

MARK NG A/K/A KWOK FAI NG, ET AL

                                                                                  Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:                         **AFFIDAVIT OF SERVICE**

_____Linden Blackman_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On ___March 20, 2008___ at ___8:27PM___, at ___75-50 196TH PLACE, FRESH MEADOWS, NY 11365___, deponent served the within Summons and Complaint with Individual Practices of Judge John G. Koeltl 3rd Amended Instruction for Filing an Electronic Case or Appeal on: ___MARK NG A.K.A. KWOK FAI NG___, ___Respondent___ therein named.

**#1 INDIVIDUAL** [ ]  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2** [ ]  By delivering thereat a true copy of each to_____ personally, deponent knew the person so served to be the _____ of the , and authorized to accept service on behalf of the .

**#3 SUITABLE AGE PERSON** [X]  By delivering a true copy of each to___ MS. NG ___a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business  [X] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ]  By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business  [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by_____.

**#5 MAIL COPY** [X]  On ___March 21, 2008___, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York [ ] and Certified Mail #_____

**#6 DESCRIPTION** [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex: _Female_  Color of skin: _Asian_  Color of hair: _Black_  Age: _40 - 50 Yrs._  Height: _5' 4" - 5' 8"_
Weight: _100 - 130 Lbs._  Other Features: _____

**#7 WIT. FEES** [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARY SRVC** [ ] Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 USE IN NYC CIVIL COURT** [ ] The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

**#10 OTHER** [ ]

Sworn to before me on ___March 21, 2008___

WENDY RESNICK
NOTARY PUBLIC, State of New York
No. 01RE5067464, Westchester County
Commission Expires Oct.15, 2010

Linden Blackman
Server's Lic # 871311
Invoice/Work Order # 08004496

SPS-401 B'WAY-STE.1201, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 WWW.SAV-ONPROCESS.COM