UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

DONG et al.,

                        Plaintiffs,         08 Civ. 917 (JGK)

      - against -                    ORDER

NG et al.,

                        Defendants.
―――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The Order to Show Cause hearing in this action is adjourned until **June 23, 2009 at 4:30 p.m.**

    The plaintiffs should serve this Order as well as the Order to Show Cause on the defendants. The plaintiffs should file proof of service by **June 18, 2009.**

SO ORDERED.

Dated: New York, New York
       June 9, 2009

                                                         John G. Koeltl
                                             United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/09