```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
XU QI DONG, ET AL.,
                                    :
            Plaintiffs,                        ORDER
                                    :
      -against-                         08 Civ. 0917 (JGK)(MHD)
                                    :
MARK NG, ET AL.,
                                    :
            Defendants.
                                    :
------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

A pre-inquest conference having been held on July 2, 2009 with counsel for plaintiffs, it is hereby **ORDERED** that:

1. Plaintiffs are to serve and file one or more affidavits and a memorandum of law in support of their application for relief by **August 13, 2009**.

2. Defendants are serve and file any response to plaintiffs' application by **August 27, 2009**.

**DATED:**  **New York, New York**
          **July 7, 2009**

                                        SO ORDERED.

                                        _____
                                        **MICHAEL H. DOLINGER**
                                        **UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been sent this date to:

Justin Alexander Zeller, Esq.
The Law Office of Justin A. Zeller, P.C.
11 East Broadway, Suite 9C
New York, NY 10038

Mark Ng a.k.a Kwok Fai Ng
7550 196th Place
Fresh Meadows, NY 11366

Leila Ng
7550 196th Place
Fresh Meadows, NY 11366

Rothstein & Hoffman International, Inc.
406 Broadway, 2nd Floor
New York, NY 10013

Rothstein & Hoffman Electric Services
257 Centre St.
New York, NY 10013

Wood Concept, Inc.
157-14 59th Avenue
Flushing, NY 11355

B.H. Plumbing and Heating Corp.
107 Grand Street, 5th Floor
New York, NY 10013

B.H. Facility Construction Corp.
744 East 52nd Street
Brooklyn, NY 11203

MBH Mechanical Corp.
255 Centre St.
New York, NY 10013