UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
XU QI DONG, DE XING ZHENG, QING DONG :
LIN, CHANG YONG JIANG, BI ZHUI CHEN, :
ZHAO QIN CHEN, XUE YONG LIN, PING :
QIANG CHEN, and GUANG ZIANG LIN, :

                       Plaintiffs,   :

      -against-   :   **ORDER**

MARK NG a.k.a. KWOK FAI NG, LEILA NG, :   (Koeltl, J)(Dolinger, M.J.)
ROTHSTEIN & HOFFMAN INTERNATIONAL, :
INC., ROTHSTEIN & HOFFMAN ELEXTRICAL :   Docket No. 08 cv 0917
SERVICES, WOOD CONCEPT, INC., B.H. :
PLUMBING AND HEATING CORP., B.H. :
FACILITY CONSTRUCTION CORP., and MBH :
MECHANICAL CORP., :

                       Defendants.   :
-----------------------------------------------------------X

12/21/09

    Plaintiffs are to serve a Memorandum of Law and supporting affidavits and exhibits by Wednesday, December 23, 2009. If defendants wish to serve opposing papers they are to do so by December 28, 2009. A copy of this Order shall be served on each defendant by plaintiff's attorney by no later than December 23, 2009 and he's then to file an affidavit of service with the court by Dec. 24, 2009 attesting to his compliance.

Dated: New York, NY
       December 21, 2009

                                  So Ordered.

                                  Michael H. Dolinger
                                United States Magistrate Judge