United States District Court
Southern District of New York

---

XU QI DONG, ET AL.,

                    Plaintiffs,      08 Civ. 917 (JGK)

- against -

                                           ORDER

MARK NG a/k/a KWOK FAI ENG, ET AL.,

                    Defendants.

---

JOHN G. KOELTL, District Judge:

    The Court has received the Report and Recommendation of Magistrate Judge Dolinger dated March 8, 2011, following an inquest on damages that followed this Court's determination that the plaintiffs were entitled to a default judgment. The time for objections to the Report and Recommendation has passed. Moreover, the Court twice extended the time to file objections to the Report and Recommendation at the request of counsel for defendant Ng. The time for filing objections pursuant to the most recent extension has also expired and no objections were filed.

    The Court has reviewed the Report and Recommendation and concludes that it is well founded and the Court adopts it. The plaintiffs are directed to submit a proposed judgment in

accordance with the Report and Recommendation by **June 3, 2011**.

The defendants may submit a counter-judgment by **June 5, 2011**.

**SO ORDERED.**

Dated:  New York, New York
        May 27, 2011

_____
John G. Koeltl
United States District Judge